UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 30, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MKRUCH MKRTCHYAN,

Defendant.

Case No. 2:20-mj-00019-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MKRUCH MKRTCHYAN ,

Case No. 2:20-mj-00019-KJN  Charge 18 § 1029(b)(2) , from custody for the following reasons:

        Release on Personal Recognizance

        Bail Posted in the Sum of $ _____

**X**    Unsecured Appearance Bond $  25,000

        Appearance Bond with 10% Deposit

        Appearance Bond with Surety

        Corporate Surety Bail Bond

**X**    (Other):  Terms and conditions as stated on the record.

Issued at Sacramento, California on January 30, 2020 at 2:12 pm.

By: _____

Magistrate Judge Kendall J. Newman